Renato C. Stabile
Attorney at Law
580 Broadway, Suite 600
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 09/04/2026

The VOSR sentencing scheduled for September 11, 2026 is hereby adjourned to October 9, 2026 at 2:00 PM.

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *United States v. Messiah Ortiz*, 18-CR-655 (VSB)

Dear Judge Broderick:

With the consent of the government, I write to request an adjournment of the sentencing in the above-referenced matter, currently scheduled for Friday, September 11, 2026. We request that the sentencing be rescheduled for Friday, October 9, 2026 at 2:00 pm, a date and time I understand is available to the Court and the other parties.

I thank the Court for its continued consideration.

Respectfully submitted,

/s/

Renato C. Stabile

cc: All counsel
via ECF

U.S. Probation
via email