**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/07/2026

The VOSR sentencing scheduled for October 9, 2026 is hereby adjourned to October 28, 2026 at 11:30 AM.

**BY ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: ***United States v. Messiah Ortiz*, 18 Cr. 655 (VSB)**

Dear Judge Broderick:

I write to respectfully request that the Court adjourn the violation of supervised released sentencing proceeding currently schedule for October 9, 2026, as the Government will be unavailable at that time. After coordinating with the parties and the Court's Chambers, I understand that October 28, 2026 at 11:30 is available for all.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________________
Kyle A. Wirshba
Assistant United States Attorney
(212) 637-2493

cc: All counsel (by ECF)