Renato C. Stabile
Attorney at Law
580 Broadway, Suite 600
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

October 27, 2026

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 10/27/2026

Re: *United States v. Messiah Ortiz*, 18 Cr. 655 (VSB)

Dear Judge Broderick:

We write to request that the VOSR sentencing scheduled for October 28, 2026, be rescheduled to Friday, November 6, 2026 at 11:30 am, a date and time we understand is convenient to the Court and the parties. The reason for the request is to enable the defendant's family to be present for sentencing.

We thank the Court for its continued consideration.

Respectfully submitted,

/s/

Renato C. Stabile

cc: AUSA Kyle Wirshba (via ECF)
U.S. Probation (via ECF and email)